IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>) Case No. 1:16-mj-296<br>MOHAMED BAILOR JALLOH )<br>)<br>)<br>Defendant. ) | |

## SUBSTITUTION ORDER

IT APPEARING that the Defendant, Mohamed Bailor Jalloh, has retained Joseph T. Flood, Esq., of Sheldon, Flood & Haywood, PLC, to represent him in the above-captioned cases, it is hereby;

ORDERED that Ashraf Nubani, Esq., is hereby substituted as counsel, and that Joseph T. Flood, Esq., shall represent Mr. Jalloh.

IT IS SO ORDERED

_____   _____
Judge                                             Date

I ASK FOR THIS:

/s/
Joseph T. Flood, VSB No. 71716
10621 Jones St., Suite 301-A
Fairfax, VA 22030
(703) 691-8410 (w)
(703) 251-0757 (f)
jflood@sfhdefense.com

/s/
Ashraf W. Nubani, Esq.
2677 Prosperity Ave., Suite 320
Fairfax, VA 22031
(703) 658-5151 (w)
(703) 658-9200
awn@awnpointlaw.com

_____
Mohamed B. Jalloh, Defendant